Entered on Docket
February 24, 2010

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

---

RODNEY E. SUMPTER, ESQ.
NV Bar No. 899
139 Vassar Street
Reno, NV 89502
Telephone (775) 323-4934
Facsimile  (775) 323-6114
Email: resrnolaw@aol.com

Attorney for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.     BK-N-09-53065 |
| CLARENCE ROBINSON JR., and | Chapter 13 |
| TERESA J. ROBINSON, | **ORDER VALUING COLLATERAL** |
| Debtors | Hearing date:   2/12/10 |
| | Hearing Time:   2:00 p.m. |

Debtors *Motion for Order Valuing Collateral* described as the Debtor's primary residence located at 4690 Alder Drive, Reno, Washoe County, Nevada (the "Property) came

robinson/order on motion to value

1

before the Court this day. The Court having reviewed the Motion and the exhibits attached thereto and having determined that notice of the motion has been provided in the manner according to law; that a LIMITED RESPONSE TO DEBTOR'S MOTON has been filed; that the Creditor, Debtor and the Chapter 13 Trustee have stipulated to an Order entering upon the Debtors' Motion, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** as follows:

1. That the Debtor(s)' Real property at 4690 Alder Drive, Reno, Nevada and more particularly described in Exhibit "6" to the motion as:

LOT 1, IN BLOCK F, OF SMITHRIDGE PARK SUBDIVISION NO. 2, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON AUGUST 22, 1962

APN 025-073-11

be and hereby is valued at $140,000.00.

2. That the proof of claim filed by LITTON LOAN SERVICING, AS SERVICING AGENT FOR DEUTSCH BANK NATIONAL TRUST COMPANY is hereby deemed a non-priority general unsecured claim and shall be paid as such in accordance with the Debtors' Plan.

3. That the lien of LITTON LOAN SERVICING, AS SERVICING AGENT FOR DEUTSCH BANK NATIONAL TRUST COMPANY as the second deed of trust set forth in the proof of claim be "stripped" from the Property of the Debtors as allowed by law contingent upon the Debtors' completion of the Chapter 13 plan and the Debtors' receipt of a Chapter 13 Discharge.

4. That the Creditor, LITTON LOAN SERVICING, AS SERVICING AGENT FOR DEUTSCH BANK NATIONAL TRUST COMPANY shall retain its lien for the full amount due under the subject loan should the subject property be sold or should a refinance take place prior to Plan completion and entry of a Discharge.

5. That the Creditor, LITTON LOAN SERVICING, AS SERVICING AGENT FOR DEUTSCH BANK NATIONAL TRUST COMPANY shall retain its lien for the full amount due under the subject loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

6. That in the event that any entity, including the holder of the first lien on the Subject Property, forecloses on its security interest and extinguishes Creditor's lien prior to the Debtor's completion of the Chapter 13 Plan and receipt of a Chapter 13 discharge, the Creditor's lien of LITTON LOAN SERVICING, AS SERVICING AGENT FOR DEUTSCH BANK NATIONAL TRUST COMPANY shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.

SUBMITTED BY:

/S/ RODNEY E. SUMPTER, ESQ.
RODNEY E. SUMPTER, ESQ.
Attorney for Debtor(s)

STIPULATED AND APPROVED:

_____
GREGORY L. WILDE, ESQ.
Nevada Bar 4417
208 S. Jones Blvd.
Las Vegas, NV 89107
702-258-8200
bk@wildelaw.com

Approved/Disapproved:

_____
WILLIAM VAN METER, ESQ.
Chapter 13 Trustee

### ###

robinson/order on motion to value

3